UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| EDUARDO R CANALES, | § § § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. C-06-266 |
| | § § | |
| NATHANIEL QUARTERMAN, | § § | |
| Respondent. | § | |

**ORDER ADOPTING MEMORANDUM AND RECOMMENDATION
TO DENY PETITIONER'S MOTION TO
<u>PROCEED IN FORMA *PAUPERIS* AND FOR A WRIT OF CERTIORARI</u>**

On April 2, 2008, United States Magistrate Judge Brian L. Owsley signed a Memorandum and Recommendation recommending that petitioner's motion to proceed *in forma pauperis* and for a writ of certiorari (D.E. 48) be denied without prejudice. Seeing no objection to this recommendation by either party and having now reviewed the recommendation, this Court hereby adopts as its own the Memorandum and Recommendation as the decision of the Court. Accordingly, it is

ORDERED that petitioner's motion to proceed *in forma pauperis* and for a writ of certiorari 0D.E. 48) is denied without prejudice.

The clerk shall enter this order and provide a copy to all parties.

SIGNED and ORDERED this 28th day of April, 2008.

_____
Janis Graham Jack
United States District Judge